**No. 10-1275. James Constant, Petitioner v. California ex rel. Department of Transportation.**

564 U.S. 1059, 132 S. Ct. 57, 180 L. Ed. 2d 925, 2011 U.S. LEXIS 5099.

August 15, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1020, 131 S. Ct. 3031, 180 L. Ed. 2d 847, 2011 U.S. LEXIS 4678.

**No. 10-1277. Elizabeth Campbell, Petitioner v. Kellermyer Building Services, LLC.**

564 U.S. 1059, 132 S. Ct. 57, 180 L. Ed. 2d 925, 2011 U.S. LEXIS 5146.

August 15, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1020, 131 S. Ct. 3031, 180 L. Ed. 2d 847, 2011 U.S. LEXIS 4773.

**No. 10-1313. John Clellan, Petitioner v. Ohio.**

564 U.S. 1059, 132 S. Ct. 57, 180 L. Ed. 2d 925, 2011 U.S. LEXIS 5122.

August 15, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1039, 131 S. Ct. 3069, 180 L. Ed. 2d 889, 2011 U.S. LEXIS 4979.

**No. 10-1315. Lucy R. Edwards, Petitioner v. District of Columbia Board on Professional Responsibility.**

564 U.S. 1059, 132 S. Ct. 57, 180 L. Ed. 2d 925, 2011 U.S. LEXIS 5139.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1022, 131 S. Ct. 2942, 180 L. Ed. 2d 227, 2011 U.S. LEXIS 4041.

**No. 10-1352. Larry J. Wadsworth, et ux., Petitioners v. Commissioner of Internal Revenue.**

564 U.S. 1059, 132 S. Ct. 57, 180 L. Ed. 2d 925, 2011 U.S. LEXIS 5102.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1034, 131 S. Ct. 2974, 180 L. Ed. 2d 248, 2011 U.S. LEXIS 4324.

**No. 10-7592. John Doe, Petitioner v. United States.**

564 U.S. 1059, 132 S. Ct. 57, 180 L. Ed. 2d 925, 2011 U.S. LEXIS 5118.

August 15, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1005, 131 S. Ct. 2988, 180 L. Ed. 2d 823, 2011 U.S. LEXIS 4426.

**No. 10-8294. Marcus Christopher Cato, Petitioner v. Gary Swarthout, Warden.**

564 U.S. 1059, 132 S. Ct. 57, 180 L. Ed. 2d 925, 2011 U.S. LEXIS 5127.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1035, 131 S. Ct. 2959, 180 L. Ed. 2d 249, 2011 U.S. LEXIS 4276.